UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TUNC URAZ,

        Plaintiff,               Case No. 1:19-cv-223

v.                                         Honorable Paul L. Maloney

MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's claim under the FMLA against Defendant Michigan State University Board of Trustees is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, because Defendant is immune from suit in federal court.

**IT IS FURTHER ORDERED** that Plaintiff's claim under the FMLA against the other Defendants and his claim under the LMRA against all Defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under state law, if any, are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:  June 12, 2019                             /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge